**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Tommy Pililimis, | Case No. 1:13-cv-05392 |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL WITH PREJUDICE |
| Performance Asset Recovery, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
    Richard J. Meier, Esq.
    53 w. Jackson Blvd, Suite 304
    Chicago, IL 60604
    Tel: 312-242-1849
    Fax: 312-242-1841
    richard@meierllc.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 18, 2013, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail:

Performance Asset Recovery
c/o Anthony Saude
29910 Ohana Circle
Lake Elsinore, CA 92532

*/s/ Richard J. Meier*